2PROB 12
REVISED (05/90)

# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

FILED BY /C - D.C.

05 MAY 18 PM 1:19

U.S.A. vs. __Jolita Wainwright__          Docket No. __2:03CR20061-01__

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

### Petition on Probation and Supervised Release

**COMES NOW** __Edward E. Shaw__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Jolita Wainwright__ who was placed on supervision by the Honorable __J. Daniel Breen__ sitting in the Court at __Memphis, TN__ on the __23rd__ day of __July, 2003,__ who fixed the period of supervision at __three (3) years*__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in the Home Detention program for five (5) months. [Completed.]
2. The defendant shall provide full financial disclosure as directed by the Probation Officer.
3. The defendant shall not acquire any new financial obligations without permission of the Probation Officer.
4. The defendant shall make third party risk notification as directed by the Probation Officer.
5. The defendant shall participate in substance abuse testing and treatment as directed by the Probation Officer.
6. The defendant shall participate in mental health treatment and testing as deemed appropriate by the Probation Officer.
7. The defendant shall make restitution in the amount of $39,237.48 in regular monthly installments in the amount of ten percent (10%) of her gross income. [Balance: $37,661.48]

\*   Supervised Release began on September 29, 2003.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Jolita Wainwright fits the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law. Ms. Wainwright has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. The defendant has paid restitution at the set rate of ten percent (10%) of gross income. Mr. Carroll Andre, Assistant U. S. Attorney, has indicated that the government does not take any position regarding early termination of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the defendant be discharged immediately from Supervised Release, with the understanding that the United States Attorney's Office will be responsible for the continued collection of restitution.

| **ORDER OF COURT** | **Respectfully,** |
|---|---|
| Considered and ordered this 19th day of May, 2005 and ordered filed and made a part of the records in the the above case. | Edward E. Shaw<br>United States Probation Officer |
| Honorable J. Daniel Breen<br>United States District Judge | Place: Memphis, TN<br>Date: May 12, 2005 |

51

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:03-CR-20061 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT